IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,                       No. CIV S-06-0620 MCE KJM

    vs.

ROBERT VILLARREAL, et al.,

    Defendants.               ORDER

_____/

        Plaintiff's motion for default judgment came on regularly for hearing October 25, 2006. Scott Johnson appeared in propria persona. No appearance was made for defendants. Upon review of the documents in support, no opposition having been filed, and good cause appearing, THE COURT FINDS AS FOLLOWS:

        Service on defendants appears to be improper. The service on the individuals does not comply with Rule 4(e)(1) or (2). The service on the corporation is insufficient because the agent listed for service of process with the Secretary of State is not the person who was served. The court therefore will vacate the entry of default inasmuch as service of summons has not yet been properly effected.

        With respect to the merits of plaintiff's motion, the court notes that the date of the business license post-dates the two visits to the establishment made by plaintiff and the date of

1

1 the 30-day correction notice letter.  Thus, there is no evidence that the individual defendants
2 owned the establishment at the time of the alleged violations.
3     For the foregoing reasons, IT IS HEREBY ORDERED that:
4     1. The defaults entered May 24, 2006 are vacated.
5     2. Plaintiff's motion for default judgment is denied without prejudice.
6 DATED: October 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
johnson-villareal.def

2