UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

SCOTT JOHNSON

     v.

ROBERT VILLARREAL, ET AL.

_____

DEFAULT JUDGMENT

Case No. CIV S-2:06-cv-00620 MCE KJM

     **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

     **Robert A. Villarreal, Nataliya Klepach and Jack Lopes Properties Inc**. for damages in the amount $8,000.

January 28, 2008

     VICTORIA C. MINOR, CLERK

     By: _/s/_NDDuong
     NDDuong, Deputy Clerk